UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHASE E. WOLGAMOTT                                              PLAINTIFF

V.                            No. 4:23-CV-00098-LPR-JTR

DAISY SMITH, Sergeant,
Nevada County Jail, *et al.*                                    DEFENDANTS

### TRANSFER ORDER

On February 7, 2023, Plaintiff Chase E. Wolgamott ("Wolgamott") and two other inmates[1] in the Hot Springs County Jail jointly filed a *pro se* § 1983 Complaint alleging Defendants violated their constitutional rights while they were in the Nevada County Jail ("NCJ"). *Doc. 2*. In accordance with the Court's normal practice, the Clerk severed the joint Complaint into separate § 1983 actions in the name of each Plaintiff.[2]

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). According to Wolgamott's Complaint, the events giving rise to this lawsuit all occurred at the NCJ, which is located in the Western District of

---

[1] John M. Nichols and Garrett H. Dybalski.
[2] *See Nichols v. Smith, et al.*, Case No. 4:23-cv-00097-LPR-JTR; *Wolgamott v. Smith, et al.*, Case No. 4:23-cv-00098-LPR-JTR; and *Dybalski v. Smith, et al.*, Case No. 4:23-cv-00100-LPR-JTR.

Arkansas. Likewise, the Defendants directly involved with the alleged constitutional violations work at the WCJ, and thus, presumably reside in the Western District of Arkansas. Moreover, Wolgamott is now incarcerated in the Hot Springs County Jail, which is also located in the Western District of Arkansas.

Accordingly, the interest of justice will best be served by transferring this case to the United States District Court for the Western Division of Arkansas. 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas.

DATED this 10th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE